# Exhibit A

8336937v.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANSSEN PRODUCTS, L.P. et al., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LIMITED et al., <br><br> Defendants. | C.A. No. 10-5954-WHW-CLW |

**ORDER ENTERING MODIFIED JUDGMENT**

**WALLS, U.S.D.J.**

This Court having conducted a bench trial and having stated its findings of fact and conclusions of law in the Opinion entered as Docket No. 943, pursuant to Federal Rule of Civil Procedure 52(a), and good cause appearing,

**IT IS** on this ___ day of _____, 2015,

**ORDERED** that Judgment on Defendants Mylan Pharmaceuticals Inc. and Mylan Inc.'s (collectively, "Mylan") counterclaims and affirmative defenses to infringement, asserting the noninfringement and invalidity of U.S. Patent No. 7,772,411 ("the '411 patent"), is hereby entered in favor of Plaintiffs Janssen Products, L.P. and Janssen Sciences Ireland UC (collectively, "Plaintiffs");

**ORDERED** that, for purposes of this action only, and absent a license from Plaintiffs, the manufacture, importation, use, sale, or offer for sale in the United States of the darunavir tablets described in Mylan Pharmaceuticals Inc.'s Abbreviated New Drug Application ("Mylan Pharms' ANDA") No. 202136 would infringe claim 13 of the '411 patent and that claim is not invalid;

8336937v.1

**ORDERED**, pursuant to agreements reached between Plaintiffs and Mylan, that Mylan and its officers, directors, employees, agents, successors, affiliates, and assigns, and all persons or entities acting in concert or participation with them are hereby enjoined from manufacturing, using, selling or offering for sale in the United States, or importing into the United States the darunavir tablets described in Mylan Pharms' ANDA No. 202136 before such date provided under the Settlement Agreement and License Agreement between Mylan and Plaintiffs, and Judgment is hereby entered accordingly;

**ORDERED**, Mylan's motion for judgment on partial findings of no remedy, ECF No. 841, is DENIED.

**ORDERED** that this Court shall retain jurisdiction over this action including without limitation over implementation of or disputes arising out of this Order or the Settlement Agreement and License Agreement between Mylan and Plaintiffs.

This Order replaces the Order previously entered as Docket No. 944 with respect to Mylan only, and has no effect on the Order previously entered as Docket No. 944 with respect to Lupin Ltd. and Lupin Pharmaceuticals, Inc.

SO ORDERED AND ADJUDGED:

Dated: _____, 2015    _____
                                            Hon. William H. Walls
                                            United States District Judge