# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANSSEN PRODUCTS, L.P. et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Consolidated Civil Action No. 10-5954-WHW-CLW |
| ) | |
| LUPIN LIMITED et al., ) | **[PROPOSED] ORDER** |
| ) | |
| Defendants. ) | |
| _____) | |

**THIS MATTER** having been opened to the Court by the undersigned attorneys for Plaintiffs Janssen Products, L.P. and Janssen Sciences Ireland UC (collectively, "Plaintiffs") and Defendants Mylan Pharmaceuticals Inc. ("Mylan Pharms") and Mylan Inc. (collectively, "Mylan") for an Order granting the parties' Joint Motion for an Indicative Ruling pursuant to Federal Rule of Civil Procedure 62.1;

And the Court having considered all papers submitted in support of this motion; and for good cause shown

The Court hereby states that, if this case is remanded from the United States Court of Appeals for the Federal Circuit, this Court would enter an order that the Judgment previously entered on August 14, 2014 ("Final Judgment Order") (ECF No. 944) and the Court's trial Opinion entered the same date (ECF No. 943) would be amended to modify the injunctive relief provided therein to permit Mylan (and its officers, directors, employees, agents, successors, affiliates, and assigns, and all persons and entities acting in concert or participation with them) to use, sell, and offer for sale in the United States, and import into the United States, the darunavir tablets described in Mylan's ANDA, as provided by the Settlement and License Agreements; and it would be further

8331729v.1

Ordered that any aspect of the Court's Final Judgment Order and Opinion would not be disturbed or modified except as set forth in this Order and as provided in the parties' Settlement and License Agreements; and it would be further

Ordered that each Party would bear its own fees and costs in connection with this litigation.

SO ORDERED, this _____ day of _____, 2015.

_____
Hon. William H. Walls, U.S.D.J.

8331729v.1