

VIA ECF

January 25, 2016

Hon. William H. Walls, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re:** ***Janssen Products, L.P., et al. v. Lupin Limited, et al.*,**
<u>**Civil Action No. 10-5954 (WHW) (CLW)**</u>

Dear Judge Walls:

We, along with Patterson Belknap Webb & Tyler LLP, represent Plaintiffs Janssen Products, L.P. and Janssen Sciences Ireland UC (together "Janssen") in the above-referenced case against, as relevant here, Mylan Pharmaceuticals Inc. and Mylan Inc. ("Mylan").

Janssen and Mylan write jointly to inform the Court that the Federal Circuit has remanded the appeal of the above-referenced case to this Court to consider modification of the final judgment order consistent with this Court's indicative ruling of December 11, 2015 (ECF No. 1065). A copy of the Federal Circuit's remand Order, which was entered on January 21, 2016, is attached as Exhibit 1 hereto.

In this Court's indicative ruling, Your Honor stated that upon remand from the Federal Circuit, the Court would issue the proposed Order Entering Modified Judgment, which is attached hereto as Exhibit 2. The parties therefore respectfully request that the Court so-order the attached Order Entering Modified Judgment.

We are available to discuss this matter at the Court's convenience if necessary.

Respectfully submitted,

/s/ *John E. Flaherty*

John E. Flaherty

cc: All counsel (via e-mail)

John E. Flaherty
Partner
T. 973.639.7903
F. 973.297.3971
jflaherty@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON