| | |
|---|---|
| John E. Flaherty (jflaherty@mccarter.com)<br>**MCCARTER & ENGLISH LLP**<br>100 Mulberry Street<br>Four Gateway Center<br>Newark, New Jersey 07102<br>Telephone: (973) 639-7903<br><br>*Attorneys for Plaintiffs/Counterclaim-Defendants Janssen Products, L.P. and Janssen Sciences Ireland UC* | *Of Counsel*<br><br>Gregory L. Diskant (gldiskant@pbwt.com)<br>Eugene M. Gelernter (emgelernter@pbwt.com)<br>Irena Royzman (iroyzman@pbwt.com)<br>**PATTERSON BELKNAP WEBB & TYLER LLP**<br>1133 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 336-2000 |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JANSSEN PRODUCTS, L.P., et al., )<br> )<br>            Plaintiffs, )<br> )<br>            v. )<br> )<br>LUPIN LIMITED, et al., )<br> )<br>            Defendants. )<br>_____) | Consolidated Civil Action No. 10-5954-WHW-CLW<br><br>**MOTION RETURN DATE: JULY 5, 2016** |

**NOTICE OF JANSSEN'S AND LUPIN'S JOINT MOTION FOR AN INDICATIVE RULING PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 62.1**

TO:    ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Plaintiffs Janssen Products, L.P. and Janssen Sciences Ireland UC (collectively, "Plaintiffs") and Defendants Lupin Pharmaceuticals, Inc. and Lupin Limited (collectively, "Lupin") will move this Court at the Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, on July 5, 2016, before the Honorable William H. Walls, U.S.D.J., for entry of an Order, pursuant to Federal Rule of Civil Procedure 62.1, to modify the injunctive provisions of the Court's final judgment Order and trial Opinion entered on August 14, 2014 (ECF Nos. 943, 944), as they relate to Lupin in light of the recent settlement of this action.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs and Lupin will rely upon the Brief submitted with this Notice of Motion and upon all pleadings and proceedings on file herein.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Order granting the Motion for an Indicative Ruling is attached.

Dated: June 7, 2016          Respectfully submitted,

s/ *John E. Flaherty*
John E. Flaherty (jflaherty@mccarter.com)
**MCCARTER & ENGLISH LLP**
100 Mulberry Street
Four Gateway Center
Newark, New Jersey 07102
Telephone: (973) 639-7903

*Of Counsel*

Gregory L. Diskant (gldiskant@pbwt.com)
Eugene M. Gelernter (emgelernter@pbwt.com)
Irena Royzman (iroyzman@pbwt.com)
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2000

*Attorneys for Plaintiffs/Counterclaim-Defendants Janssen Products, L.P. and Janssen Sciences Ireland UC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true copies of the foregoing Notice of Motion and supporting documents were caused to be served on June 7, 2016 via email and/or the ECF system upon all counsel of record.

By: *s/John E. Flaherty*
John E. Flaherty
