UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANSSEN PRODUCTS, L.P. et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LUPIN LIMITED et al., )<br>)<br>Defendants. )<br>_____) | Consolidated Civil Action No. 10-5954-WHW-CLW<br><br>**[PROPOSED] ORDER** |

**THIS MATTER** having been opened to the Court by the undersigned attorneys for Plaintiffs Janssen Products, L.P. and Janssen Sciences Ireland UC (collectively, "Plaintiffs") and Defendants Lupin Pharmaceuticals, Inc. and Lupin Limited (collectively, "Lupin") for an Order granting the parties' Joint Motion for an Indicative Ruling pursuant to Federal Rule of Civil Procedure 62.1;

And the Court having considered all papers submitted in support of this Motion; and for good cause shown;

The Court hereby states that, if this case is remanded from the United States Court of Appeals for the Federal Circuit, this Court would enter an order that the Judgment previously entered on August 14, 2014 ("Final Judgment Order") (ECF No. 944) and the Court's trial Opinion ("Opinion") entered the same date (ECF No. 943) would be amended to modify the injunctive relief provided therein to permit Lupin (and its officers, directors, employees, agents, successors, affiliates, and assigns, and all persons and entities acting in concert or participation with them) to manufacture, use, sell and offer for sale in the United States, and import into the United States, the darunavir tablets described in Lupin Limited's Abbreviated New Drug

Application No. 202073, as provided by the Settlement and License Agreements; and it would be further

Ordered that any aspect of the Court's Final Judgment Order and Opinion would not be disturbed or modified except as set forth in this Order and as provided in the parties' Settlement and License Agreements; and it would be further

Ordered that each Party would bear its own fees and costs in connection with this litigation.

**IT IS SO ORDERED**, this _____ day of _____, 2016.

                                                                                             William H. Walls
                                                                                             United States Senior District Court Judge